1
2
3
4
5
6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK,** An Individual,<br><br>                    Plaintiffs,<br>          v.<br><br>**INSPRIATION POINT, A California Corporation, d.b.a. DAVID ALAN COLLECTION; DAVID A. BARDWICK; And DOES 1 THROUGH 10, Inclusive**<br>                    Defendants. | Case No.:  **06CV1644 JM (NLS)**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**<br><br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///

///

///

1    Case Number: 06CV1644 JM (NLS)

Document Date: August 14, 2008

1   WHEREAS: Defendant David Bardwick is out of the country and will be very difficult to
2   reach for approximately four weeks, and Plaintiff Theodore Pinnock is out of town; and
3   WHEREAS: This case settled some time ago but a written settlement agreement cannot,
4   under the circumstances, be finalized before several Court appearances the week of 28 August
5   2008; and
6   WHEREAS: The settlement involves a "walk away" with each party bearing their own
7   legal fees, litigation expenses and costs, with no payments made or to be made by any party to
8   the other(s); and
9   WHEREAS: Both Plaintiffs Pinnock and 2150 Sigourney Jossiah – Francis Lee
10  Association represent that: (1) they have had sufficient opportunity to review the changes made
11  to the subject property in this action since being informed of them, and (2) they are satisfied that
12  all changes they have sought or requested to date for any claimant(s) represented in this action
13  have been made.
14  **IT IS HEREBY ORDERED,** pursuant to the Joint Motion For Dismissal on file herein,
15  that Defendants INSPRIATION POINT, A California Corporation, d.b.a. DAVID ALAN
16  COLLECTION; and DAVID A. BARDWICK are dismissed with prejudice from Plaintiffs'
17  Complaint**.**   Additionally, Plaintiffs Complaint is dismissed with prejudice in its entirety.  Each
18  party to the action shall bear their own respective legal fees, litigation expenses and costs.
19  Any party may seek leave of Court to re-open this case during a period of sixty (60) days
20  following entry of this order for purposes of formalizing a settlement on the record with parties
21  personally appearing, in the unlikely event a written settlement agreement between the parties is
22  not finalized.
23  **IT IS SO ORDERED.**
24  Dated: August 29, 2008.
25  HONORABLE JEFFREY MILLER
    UNITED STATES DISTRICT COURT JUDGE
26
27
28

2   Case Number: 06CV1644 JM (NLS)

Document Date: August 14, 2008